UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PHARMERICA CORPORATION, et al.,** <br><br> **PLAINTIFFS,** <br><br> v. <br><br> **ADVANCED HCS LLC**, *et al.*, <br><br> **DEFENDANTS.** | **CASE NO. 2:17-CV-180-JRG** |

### JOINT MOTION TO DISMISS THE CASE

Pharmerica Corporation and Pharmerica East, Inc. ("Plaintiffs") and Advanced HCS LLC, Teddy Lichtschein, and Eliezer Scheiner, Texas Operations Management LLC, Pinecrest SNF LLC, Balch Springs SNF LLC, Bay Oaks SNF LLC, Benbrook SNF LLC, Clarksville SNF LLC, Colonial Manor NH SNF LLC, Courtyard SNF LLC, Greenville SNF LLC, Henderson SNF LLC, Monterey SNF LLC, Palo Pinto SNF LLC, Park View SNF LLC, River Oaks SNF LLC, Rosenberg SNF LLC, Santa Fe SNF LLC, Southeast SNF LLC, Stonebrook Manor SNF LLC, Renaissance SNF LLC, Vernon SNF LLC, Wedgewood SNF LLC, White Settlement SNF LLC, Sulphur Springs SNF LLC, Prairie House SNF LLC, El Paso SNF LLC, Clyde SNF LLC, Colonial Manor SNF LLC, Mcallen SNF LLC, Gardendale SNF LLC, and Vista Hills SNF LLC ("Defendants") (collectively "the Parties") jointly file this Motion to Dismiss this case with prejudice. Previously, the Parties executed documents which settled the Parties' dispute, however, certain conditions of the parties in the Settlement Agreement were not scheduled to be completed until January 15, 2020.  Accordingly, the Parties requested and the Court entered an order that placed this case on the Court's Administrative Docket in order to allow time for all conditions in the Settlement Agreement to be met (Dkt 215).

The Parties now advise the Court that all conditions of the Settlement Agreement have been met. The parties therefore respectfully request that the Court enter an Order removing this matter from its Administrative Docket and dismissing the case in its entirety with prejudice.

Dated: January 14, 2020                    Respectfully submitted,

/s/*Samuel F. Baxter*
Samuel F. Baxter
SBN 01938000 (lead counsel)
Jennifer Truelove
SBN 24012906
**MCKOOL SMITH**
104 East Houston, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9001
sbaxter@mckoolsmith.com
jtruelove@mckoolsmith.com
Clark C. Johnson
David Bryan Owsley II
Timothy D. Thompson
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
cjohnson@stites.com
dowsley@stites.com
tthompson@stites.com

**ATTORNEY FOR PLAINTIFFS PHARMERICA CORPORATION and PHARMERICA EAST, INC.**

 /s/ *Morgan D. Meyer*
Bryan J. Wick
State Bar No. 24003169
bryan.wick@wickphillips.com
Morgan D. Meyer
State Bar No 24013161
morgan.meyer@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN,**

2

LLP
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692.6200
Facsimile: (214) 692-6255

**ATTORNEYS FOR DEFENDANTS, ADVANCED HCS LLC, TEDDY LICHTSCHEIN, AND ELIEZER SCHEINER**

  */s/  Brian C. Mitchell*
Brian C. Mitchell
State Bar No. 24046452
Clark A. Donat
State Bar No. 24074143

**REED SMITH LLP**
2501 N. Harwood, Suite 1700
Dallas, Texas 75201
(469) 680-4218 (Telephone)
(469) 680-4299 (Facsimile)
Email:
bmitchell@reedsmith.com
       cdonat@reedsmith.com

**ATTORNEYS FOR DEFENDANTS TEXAS OPERATIONS MANAGEMENT LLC, PINECREST SNF LLC, BALCH SPRINGS SNF LLC, BAY OAKS SNF LLC, BENBROOK SNF LLC, CLARKSVILLE SNF LLC, COLONIAL MANOR NH SNF LLC, COURTYARD SNF LLC, GREENVILLE SNF LLC, HENDERSON SNF LLC, MONTEREY SNF LLC, PALO PINTO SNF LLC, PARK VIEW SNF LLC, RIVER OAKS SNF LLC, ROSENBERG SNF LLC, SANTA FE SNF LLC, SOUTHEAST SNF LLC, STONEBROOK MANOR SNF LLC, RENAISSANCE SNF LLC, VERNON SNF LLC, WEDGEWOOD SNF LLC, WHITE SETTLEMENT SNF LLC, SULPHUR SPRINGS SNF LLC,**

**PRAIRIE HOUSE SNF LLC, EL PASO SNF LLC, CLYDE SNF LLC, COLONIAL MANOR SNF LLC, MCALLEN SNF LLC, GARDENDALE SNF LLC, AND VISTA HILLS SNF LLC**

## CERTIFICATE OF SERVICE

On January 14, 2020 I electronically filed this document through the ECF system for the United States District Court for the Eastern District of Texas, which will send an electronic notice of filing to counsel of record.

*/s/ Jennifer Truelove*
Jennifer Truelove