IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PHARMERICA CORPORATION, | § | |
| PHARMERICA EAST, INC., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:17-CV-00180-JRG |
| | § | |
| ADVANCED HCS LLC, TEXAS | § | |
| OPERATIONS MANAGEMENT LLC, | § | |
| PINECREST SNF LLC, BALCH SPRINGS | § | |
| SNF LLC, BAY OAKS SNF LLC, | § | |
| BENBROOK SNF LLC, CLARKSVILLE | § | |
| SNF LLC, COLONIAL MANOR NH SNF | § | |
| LLC, COURTYARD SNF LLC, | § | |
| GREENVILLE SNF LLC, HENDERSON | § | |
| SNF LLC, MONTEREY SNF LLC, PALO | § | |
| PINTO SNF LLC, PARK VIEW SNF LLC, | § | |
| RIVER OAKS SNF LLC, ROSENBERG | § | |
| SNF LLC, SANTA FE SNF LLC, | § | |
| SOUTHEAST SNF LLC, STONEBROOK | § | |
| MANOR SNF LLC, RENAISSANCE SNF | § | |
| LLC, VERNON SNF LLC, | § | |
| WEDGEWOOD SNF LLC, WHITE | § | |
| SETTLEMENT SNF LLC, SULPHUR | § | |
| SPRINGS SNF LLC, PRAIRIE HOUSE | § | |
| SNF LLC, EL PASO SNF LLC, CLYDE | § | |
| SNF LLC, COLONIAL MANOR SNF LLC, | § | |
| MCALLEN SNF LLC, VISTA HILLS SNF | § | |
| LLC, GARDENDALE SNF LLC, TEDDY | § | |
| LICHTSCHEIN, ELIEZER SCHEINER, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Pharmerica Corporation and Pharmerica East, Inc. (collectively, "Pharmerica") and Advanced HCS LLC, Teddy Lichtschein, and Eliezer Scheiner, Texas Operations Management LLC, Pinecrest SNF LLC, Balch Springs SNF LLC, Bay Oaks SNF LLC, Benbrook SNF LLC, Clarksville SNF LLC, Colonial Manor NH SNF LLC, Courtyard SNF LLC,

Greenville SNF LLC, Henderson SNF LLC, Monterey SNF LLC, Palo Pinto SNF LLC, Park View SNF LLC, River Oaks SNF LLC, Rosenberg SNF LLC, Santa Fe SNF LLC, Southeast SNF LLC, Stonebrook Manor SNF LLC, Renaissance SNF LLC, Vernon SNF LLC, Wedgewood SNF LLC, White Settlement SNF LLC, Sulphur Springs SNF LLC, Prairie House SNF LLC, El Paso SNF LLC, Clyde SNF LLC, Colonial Manor SNF LLC, Mcallen SNF LLC, Gardendale SNF LLC, and Vista Hills SNF LLC's (collectively, the "Defendants ") (together with Pharmerica, the "Parties") Joint Motion to Dismiss the Case (the "Motion"). (Dkt. No. 217.)

On June 4, 2018, the Court entered an Order that placed the above-captioned case on the Court's administrative docket in order to allow certain conditions of the Parties' settlement agreement to be completed. (Dkt. No. 215.) In the Motion, the Parties represent that such conditions have been met. (Dkt. No. 217 at 2.) Accordingly, the Parties request that the Court remove the above-captioned case from its administrative docket and dismiss the case with prejudice. (*Id.*)

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims and causes of action asserted in Case No. 2:17-cv-00180-JRG are **DISMISSED WITH PREJUDICE.** All pending motions in the above-captioned case are **DENIED AS MOOT.** The Clerk is **DIRECTED TO CLOSE** Case No. 2:17-cv-00180-JRG**.**

**So ORDERED and SIGNED this 14th day of January, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2